UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZANE A. BERG, a single person,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GRANT COUNTY; PATRICK O. EARL; and JOHN DOES<br><br>　　　　　　　　　　Defendants. | NO: 2:16-CV-224-RMP<br><br>ORDER APPROVING JOINT STIPULATION FOR ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Joint Stipulation for Order of Dismissal, ECF No. 15. The Court has reviewed the Stipulation, the record, and is fully informed.

Based on the parties' agreement, the Court finds good cause to approve the Stipulation and dismiss this action with prejudice and without costs to any party. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties' Joint Stipulation for Order of Dismissal, **ECF No. 15**, is **APPROVED**.

ORDER APPROVING JOINT STIPULATION
FOR ORDER OF DISMISSAL ~ 1

1   2.  Plaintiff's claims are **DISMISSED WITH PREJUDICE** and the parties shall bear their own costs.

3.  All pending motions, if any, are **DENIED AS MOOT**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 1st day of December 2016.

                                    *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                    United States District Judge